**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**                          **CASE NO.  4:06-CV-326-SPM**

**1986 VESSEL, VIN PNS17140B686
WITH 1986 TRAILER, VIN
NOVIN000082806085,**

       **Defendant.**

_____/

**AMENDED ORDER DISMISSING CASE**
*[reflects dismissal without prejudice]*

      Pursuant to Plaintiff's "Notice of Voluntary Dismissal" (doc. 4) filed

September 1, 2006 and Federal Rule of Civil Procedure 41, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.      This action is dismissed without prejudice.

      2.      All pending motions are denied as moot.

      **DONE AND ORDERED** this <u>eleventh</u> day of September, 2006.

                         *s/ Stephan P. Mickle*

                         Stephan P. Mickle
                         United States District Judge